

FILED

05/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0183

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0183

IN RE THE MARRIAGE OF:

JENNIFER L. ZINDELL-MESLER,

    Petitioner and Appellee,

and

CHARLES E. MESLER,

    Respondent and Appellant.

**FILED**

MAY 1 0 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

    Upon consideration of Appellant's Unopposed Motion to Dismiss and good cause appearing therefore;

    IT IS HEREBY ORDERED that the appeal filed on April 16, 2021, by Charles E. Mesler, is dismissed with prejudice.

    DATED this 10 day of May, 2021.

For the Court,

By _____

Chief Justice